Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
10, 2003










Petition for
Writ of Mandamus Denied and Memorandum Opinion filed July 10, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00748-CV

____________

 

IN RE JAMES ROBERT GILLEY, Relator

 

 

__________________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

__________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On June 30, 2003, relator
filed a petition for writ of mandamus in this Court.  See
Tex. Gov’t. Code Ann. §
22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52. 

            We deny relator’s
petition for writ of mandamus. 

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed July 10, 2003.

Panel consists of Justices
Yates, Hudson, and Frost.